# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| ROBERT DELBERT ABRAHAMS JR., | Case No. CV-20-158-BLG-TJC |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIA SECURITY, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Order (Doc. 19), Judgment is entered in favor of the Defendant and against the Plaintiff. .

Dated this 28th day of March 2022.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk